**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 06-1394**

_____

RUFUS E. THOMPSON,

Plaintiff - Appellant,

versus

JOHN E. POTTER, Postmaster General, United
States Postal Service,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.  James A. Beaty, Jr.,
District Judge.  (1:03-cv-00593-JAB)

_____

Submitted:  September 25, 2006      Decided:  October 16, 2006

_____

Before NIEMEYER, WILLIAMS, and MOTZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Rufus E. Thompson, Appellant Pro Se.  Joan Brodish Binkley, OFFICE
OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Rufus E. Thompson appeals the district court's order denying Thompson's motion to vacate or set aside judgment pursuant to Fed. R. Civ. P. 60(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Thompson v. Potter</u>, No. 1:03-cv-00593-JAB (M.D.N.C. filed Feb. 23, 2006; entered Feb. 24, 2006). We deny Thompson's motion to place his case in abeyance. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>